# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943
Fax (414) 271-9344
chp13@execpc.com

740 N. Plankinton Avenue
Suite 400
Milwaukee, Wisconsin 53203

September 1, 2009

Clerk of US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

FILED MAIL
SEP 02 2009
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

RE: DBTR: Manuel Gonzalez
   CASE NO: 05-27546 JES
   CREDITOR: Revcare, Inc.

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1057145 which replaces check # 1055591 (copy attached) in the above case. Please deposit these funds as unclaimed funds, as they were returned by the creditor.

Thank You.

OFFICE OF CHAPTER 13 TRUSTEE

cc: file

**Mary B. Grossman
Chapter 13 Trustee**
740 Plankinton Ave
Suite 400
Milwaukee, WI 53203
(414) 271-3943

July 30, 2009

SunTrust Bank

64-79
611

No. 1055591

PAY** One Hundred Six Dollars and 82 Cents************************************
TO THE ORDER OF

AMOUNT **************$106.82 ***

00078156
REVCARE, INC.
7880 BENT BRANCH DRIVE
SUITE 150
IRVING, TX 75063-6045

VOID AFTER October 28, 2009
Positive Pay Account

⑈1055591⑈ ⑆061100790⑆ 000000575177⑈

Mary B. Grossman, Chapter 13 Trustee
Pay to: 00078156 REVCARE, INC.
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

Check No. 1055591

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-27546-JES | 051-0 | MANUEL GONZALEZ | 826961-5/I003830130 | 987.48 | 106.82 | 0.00 | 106.82 |

VOID unc Funds

Mary B. Grossman
Chapter 13 Trustee
740 Plankinton Ave
Suite 400
Milwaukee, WI 53203

August 27, 2009

64-79
611

SunTrust Bank

No. 1057145

PAY** One Hundred Six Dollars and 82 Cents*************************************************************
TO THE ORDER OF

AMOUNT ****************$106.82***

00000965
CLERK OF US BANKRUPTCY COURT
126 U S COURTHOUSE
517 E. WISCONSIN AVENUE
MILWAUKEE, WI  53202-

VOID AFTER November 25, 2009
Positive Pay Account

⑈1057145⑈ ⑆061100790⑆ 000000575177 1⑈

Mary B. Grossman, Chapter 13 Trustee  Check No. 1057145
Pay to: 00000965  CLERK OF US BANKRUPTCY COURT
   Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-27546-JES | 051-0 | MANUEL GONZALEZ | 826961-5/I003830130 | 987.48 | 106.82 | 0.00 | 106.82 |